

**NUMBER 13-15-00139-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TEXAS BOARD OF NURSING,**                                      **APPELLANT,**

**v.**

**BERNARDINO PEDRAZO JR.,**                                       **APPELLEE.**

---

**On Appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Texas Board of Nursing, perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-2541-10-B. Appellant has now filed a motion to dismiss this appeal on grounds tha the parties have settled all issues relating to this appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of September, 2015.